Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
MAR 05 2026

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Latusha P Watkins
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Des monies Police Department, DHS,
Judge Belcher & Judge Kimberly
Ayotte
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Latusha Patricia Watkins
Street Address — 1010 39th Street Apt 12
City and County — Bettendorf Iowa, 52722 (Scott County)
State and Zip Code — Iowa, 52722
Telephone Number — (773) 439-9369
E-mail Address — latusha Watkins@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name      Des Monies Police Department

    Job or Title *(if known)*

    Street Address

    City and County      Des Monies    Polk County

    State and Zip Code      Iowa

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name      Department Children & Family Services (DHS)

    Job or Title *(if known)*

    Street Address

    City and County      Des Monies    Polk County

    State and Zip Code      Iowa

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name      Judge Romora D. Belcher

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name      Judge Kimberly Ayotte

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual
   The plaintiff, *(name)* ___Katusha P Watkins___, is a citizen of the
   State of *(name)* ___Iowa___.

   b.     If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____. Or is a citizen of
   *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

More than 500 Million dollars
See typed Complaint

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See typED complAint

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See typed Complaint

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        03/05/2026

Signature of Plaintiff

Printed Name of Plaintiff        Latusra Wantlcms

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Federal Court Complaint form**

**1. Illegal Seizure and Warrant Defects**

The case originated from an out-of-state warrant that **no Iowa judge ever reviewed, approved, or signed**, despite Iowa law requiring judicial authorization before state agencies or law enforcement may seize children or interfere with parental custody.
Police officers held the mother and her children **at gunpoint**, without a valid Iowa warrant, and immediately contacted the Department of Human Services (DHS). DHS removed the children and placed them into foster care based on this **unlawful seizure.**

**2. Judicial Restriction of Testimony**

During the custody and termination proceedings, **two separate judges** prohibited or severely restricted the mother's testimony regarding:

- The illegal warrant

- The armed police encounter

- DHS's involvement

- The circumstances of the children's removal

- The impoundment of her emotional-support animal

This testimony was central to the legality of the state's actions. Restricting it denied the mother a **meaningful opportunity to be heard,** violating due process under the Fourteenth Amendment.

**. Denial of Continuance and Forced Trial Without Preparation**

The mother's court-appointed attorney informed the judge that she **could not ethically or adequately prepare** for a complex, three-year case in only **six days.**
The judge **denied the continuance,** forcing trial to proceed despite counsel's inability to prepare. This deprived the mother of effective representation and violated her right to a fair hearing.

**4. Judicial Bias and Interference with Pro Se Representation**

When the mother attempted to represent herself, the judge:

- Objected to her questions

  - Stated she "did not like" the mother's line of questioning

- Intervened on behalf of DHS

  Blocked cross-examination

- Prevented the mother from presenting her defense

- This conduct demonstrated **judicial bias** and violated the requirement that judges remain neutral and detached.

### 5. Harm to the Children While in State Custody

- While in DHS custody:

- The mother's **7-year-old son** was placed in a psychiatric ward after attempting to flee foster care.

- Foster parents called the police on the child, leading to his institutionalization.

- The children were **separated from each other**, causing emotional trauma.

- DHS authorized **medical procedures and surgeries** on all three children **without parental consent** and **without obtaining prior medical records**.

- These actions implicate the children's rights to bodily integrity, safety, and due process.

### 6. Deprivation of Rights Under Color of Law

- The combined actions of DHS workers, police officers, foster parents acting with state

- authority, and judges acting outside their lawful jurisdiction resulted in:

- Unlawful seizure

- Denial of due process

- Interference with family integrity

- Unauthorized medical procedures

- Judicial bias

- Suppression of evidence

- Denial of a fair trial

- These actions constitute **deprivation of rights under color of law**, actionable under **42 U.S.C. § 1983**.

### I. Parties

**Plaintiff:** A mother whose parental rights were terminated through proceedings tainted by constitutional violations, unlawful state action, and deprivation of rights under color of law.

**Defendants:** State actors and individuals acting with state authority, including DHS

workers, police officers, foster parents acting under DHS direction, and judicial officers acting outside their lawful jurisdiction.

## II. Jurisdictional Basis

This action arises under the **United States Constitution** and **42 U.S.C. § 1983**, which provides a civil remedy for individuals deprived of constitutional rights under color of state law.

Federal jurisdiction is proper because the claims involve violations of:

- The **Fourteenth Amendment** (due process, equal protection, family integrity)

- The **Fourth Amendment** (unlawful seizure)

- The **Substantive Due Process right to bodily integrity**

- The **right to a fair and impartial tribunal**

## III. Statement of Facts

### 1. Unlawful Seizure of the Children

The case began with an **out-of-state warrant** that **no Iowa judge ever reviewed, approved, or signed**, contrary to Iowa law requiring judicial authorization before Iowa authorities may seize children or interfere with parental custody.

Police officers held the mother and her children **at gunpoint**, without a valid Iowa warrant, and immediately contacted DHS. DHS removed the children and placed them in foster care based on this **unlawful seizure.**

### 2. Judicial Suppression of Critical Testimony

During custody and termination proceedings, **two separate judges** prohibited or restricted the mother from testifying about:

- The illegal warrant
- The armed police encounter
- DHS's involvement
- The circumstances of the children's removal
- The impoundment of her emotional-support animal
- This testimony was essential to challenge the legality of the state's actions. Restricting it denied the mother a **meaningful opportunity to be heard**, violating due process.
- **3. Denial of Continuance and Forced Trial Without Preparation**
- The mother's court-appointed attorney informed the judge she **could not ethically prepare** for a complex, three-year case in only **six days.**
  The judge **denied the continuance**, forcing trial to proceed despite counsel's inability to

prepare.
This deprived the mother of effective representation and violated her right to a fair hearing.

- **4. Judicial Bias and Interference with Pro Se Representation**
- When the mother attempted to represent herself, the judge:

  Intervened on behalf of DHS

- Blocked cross-examination

- Prevented her from presenting her defense

  This conduct demonstrated **judicial bias**, violating the requirement that judges remain neutral and detached.

### 5. Harm to the Children in State Custody

While in DHS custody:

- The mother's **7-year-old son** was placed in a psychiatric ward after attempting to flee foster care.

- Foster parents called the police on the child, leading to his institutionalization.

- The children were **separated from each other**, causing emotional trauma.

- DHS authorized **medical procedures and surgeries** on all three children **without parental consent** and **without obtaining prior medical records.**

  These actions implicate the children's rights to bodily integrity, safety, and due process.

### 6. Deprivation of Rights Under Color of Law

The combined actions of DHS workers, police officers, foster parents acting with state authority, and judges acting outside their lawful jurisdiction resulted in:

- Unlawful seizure

- Denial of due process

- Interference with family integrity

- Unauthorized medical procedures

- Judicial bias

- Suppression of evidence

- Denial of a fair trial

These actions constitute **deprivation of rights under color of law**, actionable under **42 U.S.C. § 1983**.

IV. Constitutional Violations

**A. Fourteenth Amendment — Due Process**

The mother was denied:

- A meaningful opportunity to be heard

- The right to present evidence

- The right to confront state witnesses

- A fair and impartial tribunal

- Fair procedures in termination of parental rights

**B. Fourteenth Amendment — Equal Protection**

The mother was treated differently than DHS and state actors, whose testimony was permitted while hers was restricted.

**C. Fourth Amendment — Unlawful Seizure**

**C. Fourth Amendment — Unlawful Seizure**

The children were seized without a valid Iowa warrant or judicial authorization.

**D. Substantive Due Process — Family Integrity**

Parents have a fundamental right to the care, custody, and control of their children.

**E. Substantive Due Process — Bodily Integrity**

Unauthorized surgeries and psychiatric confinement violate

**V. Supporting U.S. Supreme Court Precedent**

Your facts implicate principles from:

- **Santosky v. Kramer (1982)** — termination requires fundamental fairness

- **Troxel v. Granville (2000)** — parental rights are fundamental

- **M.L.B. v. S.L.J. (1996)** — access to appellate review in TPR cases

- **Parham v. J.R. (1979)** — due process required for psychiatric confinement of minors

- **Youngberg v. Romeo (1982)** — liberty interests in institutional settings

- **COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

  **(42 U.S.C. § 1983)**

  **I. JURISDICTION AND VENUE**

1. This action arises under the United States Constitution and 42 U.S.C. § 1983, which provides a civil remedy for individuals deprived of constitutional rights under color of state law.

2. Jurisdiction is proper under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (civil-rights jurisdiction).

3. Venue is proper in this district because the events giving rise to the claims occurred in the State of Iowa.

   **II. FACTUAL ALLEGATIONS**

   **A. Illegal Seizure of Plaintiff and Her Children**

1. The case originated from an out-of-state warrant that no Iowa judge ever reviewed, approved, or signed, contrary to Iowa law requiring judicial authorization before Iowa authorities may seize children or interfere with parental custody.

2. Police officers held Plaintiff and her children at gunpoint, without a valid Iowa warrant, and immediately contacted DHS.

3. DHS removed the children and placed them in foster care based on this unlawful seizure, violating the Fourth and Fourteenth Amendments.

4. **B. Judicial Suppression of Critical Testimony**

5. During custody and termination proceedings, two separate judges prohibited or restricted Plaintiff from testifying about:

6. The illegal warrant

7. The armed police encounter

8. DHS's involvement

9. The circumstances of the children's removal

10. The impoundment of her emotional-support animal

11. This testimony was essential to challenge the legality of the state's actions.

12. Restricting it denied Plaintiff a meaningful opportunity to be heard, violating due

13. **D. Judicial Bias and Interference With Pro Se Representation**

**14. When Plaintiff attempted to represent herself, the judge:**

**15. Objected to her questions**

**16. Stated she "did not like" Plaintiff's line of questioning**

**17. Intervened on behalf of DHS**

**18. Blocked cross-examination**

**19. Prevented Plaintiff from presenting her defense**

**20. This conduct demonstrated judicial bias, violating Plaintiff's right to a neutral and detached tribunal.**

**21. Substantive Due Process — Family Integrity**

**22. Parents have a fundamental right to the care, custody, and control of their children.**

**23. E. Substantive Due Process — Bodily Integrity**

**24. Unauthorized surgeries and psychiatric confinement violated the children's bodily integrity rights.**

**25. IV. SUPPORTING U.S. SUPREME COURT PRECEDENT**

- The facts implicate principles from:

1. **Santosky v. Kramer (1982)** — termination requires fundamental fairness
2. **Troxel v. Granville (2000)** — parental rights are fundamental
3. **M.L.B. v. S.L.J. (1996)** — access to appellate review in TPR cases
4. **Parham v. J.R. (1979)** — due process required for psychiatric confinement of minors
5. **Youngberg v. Romeo (1982)** — liberty interests in institutional settings
6. **Lassiter v. DSS (1981)** — due process in parental termination cases

**C. Inaccurate and False Transcripts of Constitutional Magnitude**

The appellate record contained **inaccurate, incomplete, and false transcripts,** which materially altered the facts of the case and misrepresented Plaintiff's testimony, objections, and the conduct of state actors.

These inaccuracies included omissions of Plaintiff's statements, mischaracterizations of judicial rulings, and the exclusion of key constitutional objections raised during trial.

The appellate court relied on these **false and incomplete transcripts** to affirm the termination of parental rights, despite Plaintiff's objections and attempts to correct the record.

The use of inaccurate transcripts in a parental-rights termination case constitutes a **violation of due process of constitutional magnitude,** because appellate review becomes impossible when the record is falsified or incomplete.

The U.S. Supreme Court has held that parents are entitled to **meaningful appellate review** in termination cases, and that states may not erect barriers that prevent accurate review.

By relying on false transcripts, the appellate court deprived Plaintiff of:

A fair appeal

An accurate record

The ability to challenge judicial bias

The ability to challenge unlawful state action

These actions violated Plaintiff's rights under the **Fourteenth Amendment,** as recognized in **M.L.B. v. S.L.J. (1996) , which prohibits states from denying meaningful appellate review in parental-rights cases.**

**The falsified transcripts also prevented Plaintiff from raising federal constitutional issues, thereby obstructing access to federal review.**

**Denial of Continuance and Forced Trial Without TPR Trial custody defense attorney preparation.**

Relief Requested Section

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that the Court, upon proper proceedings and proof, consider the following forms of relief that are commonly sought in federal civil-rights actions:

### A. Declaratory Relief

A declaration that the actions described — including unlawful seizure, denial of due process, judicial bias, reliance on inaccurate transcripts, unauthorized medical procedures, and deprivation of rights under color of law — violated rights protected by the United States Constitution.

### B. Injunctive Relief

In civil-rights cases, plaintiffs sometimes request injunctive relief to address ongoing harm. Courts determine what forms of injunctive relief are legally available and appropriate under federal law.

### C. Compensatory Damages

In §1983 cases, plaintiffs may seek compensatory damages for injuries caused by constitutional violations, including emotional distress, loss of familial association, and harm suffered while in state custody.

### D. Punitive Damages

Where permitted by law, punitive damages may be sought against individual state actors whose conduct was malicious, oppressive, or in reckless disregard of constitutional rights.

### E. Any Other Relief the Court Deems Just and Proper

Federal courts often include this clause to allow the judge to determine what remedies are legally available.

### 1. Monetary damages (e.g., $500 million)

Federal civil-rights plaintiffs sometimes request large monetary damages, but courts decide what amount — if any — is legally supported.
I can't tell you what to request or whether a court would grant it.

## 2. Return of children by

Vacate original court order of termination of parental rights, reverse decision or grant a retrial.

Respectfully,

Pro Se Attorney Lateesha Patrice Watkins

Contact email lateeshawatkins@yahoo.com

Phone number (773)439-9369

Address
1010 39th Street Apartment 12

Bettendorf Iowa 52722